ROSE FROST and Another, Respondents, v. ECONOMY HY-HEAT COAL COMPANY and Another, Appellants.— In an action by husband and wife to recover damages

sustained as the result of an automobile accident, order denying defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.